Ashley Marton, OSB No. 171584
Ashley@workplacelawpdx.com
Rebecca Cambreleng, OSB No. 133209
Rebecca@workplacelawpdx.com
Cambreleng & Marton LLC
3518 S Corbett Avenue
Portland, Oregon 97239
Telephone: (503) 477-4899

Sean Short, Arkansas Bar No. 2015079
sean@sanfordlawfirm.com
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock Arkansas 7211
Telephone: (501) 615-4946
Facsimile: (888) 787-2040
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **SETH TERRY**, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**JERRY DON HODGES**, an individual,<br><br>Defendant. | Case No. 6:22-CV-01668-AA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF** |

PLEASE TAKE NOTICE that Ashley Marton of Cambreleng & Marton LLC hereby withdraws as counsel of record for Plaintiff Seth Terry ("Plaintiff") in the above-referenced matter. Rebecca Cambreleng and Sean Short remain counsel of record for Plaintiff and all future

PAGE 1 – **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF**

correspondence, pleadings, and other documentation in this matter should continue to be served on Rebecca Cambreleng and Sean Short.

DATED this 1st day of June, 2026.

_/s Ashley A. Marton_
Ashley A. Marton, OSB No. 171584
Ashley@workplacelawpdx.com
CAMBRELENG & MARTON LLC
3518 South Corbett Avenue
Portland, OR 97239
(503) 477-4899

PAGE 2 – **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF**    CAMBRELENG & MARTON LLC

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 1, 2026, a true and correct copy of the foregoing

**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF** on the attorney(s) for

defendant listed below via electronic means through the Court's Case Management/Electronic

Case File system:

> Sean P. Ray, OSB No. 075040
> sray@barran.com
> Ashley T. Korkeakoski-Sears, OSB No. 224354
> asears@barran.com
> Barran Liebman LLP
> 601 SW Second Avenue, Ste. 2300
> Portland, Oregon 97204
> Telephone: (503) 274-1212
> *Attorneys for Defendant*

**CAMBRELENG & MARTON LLC**

*s/ Maxwell Joyner*
Maxwell Joyner, Paralegal
