Rebecca Cambreleng, OSB No. 133209
rebecca@workplacelawpdx.com
**CAMBRELENG MARTON LLC**
3518 S Corbett Avenue
Portland, Oregon 97239
Telephone: (503) 477-4899

Sean Short, Arkansas Bar No. 2015079
sean@sanfordlawfirm.com
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 615-4946
Facsimile: (888) 787-2040
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **SETH TERRY, individually and on behalf of similarly situated persons,** | **Case No. 6:22-cv-1668-AA** |
| Plaintiff, | **JOINT STATUS REPORT** |
| **v.** | |
| **JERRY DON HODGES, an individual,** | |
| Defendant. | |

The parties submit this Joint Status Report to update the Court on the progress of settlement since the telephonic status conference held on April 30, 2026.

Since the last conference, the parties have finalized the settlement agreement, which has been executed by the named plaintiff. The parties are currently obtaining remaining signatures and preparing the motion for approval of the settlement, which they anticipate filing in the near term.

In light of the foregoing, the parties respectfully request that the Court continue the status conference currently scheduled for June 10, 2026, to allow additional time to finalize and file the approval motion. The parties will advise the Court of any issues that arise in finalizing and filing the settlement approval motion.

Respectfully submitted,

**SETH TERRY, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*LEAD COUNSEL FOR PLAINTIFF*

CRISPIN MARTON CAMBRELENG
1834 Southwest 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone: (503) 293-5770
Facsimile: (503) 293-5766

Rebecca Cambreleng
OSB No. 133209
rebecca@workplacelawpdx.com

*LOCAL COUNSEL FOR PLAINTIFFS*

and    **DEFENDANT JERRY DON HODGES, an individual**

BARRAN LIEBMAN LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204

Telephone: (503) 228-0500
Facsimile: (503) 274-1212

*/s/ Sean P. Ray (w/permission)*
Sean P. Ray
OSB No. 803974
sray@barran.com

Ashley T. Korkeakoski-Sears
OSB No. 224354
asears@barran.com