Rebecca Cambreleng, OSB No. 133209
rebecca@workplacelawpdx.com
**CAMBRELENG MARTON LLC**
3518 S Corbett Avenue
Portland, Oregon 97239
Telephone: (503) 477-4899

Sean Short, Arkansas Bar No. 2015079
sean@sanfordlawfirm.com
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 615-4946
Facsimile: (888) 787-2040
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **SETH TERRY, individually and on behalf of similarly situated persons,**<br><br>Plaintiff,<br><br>v.<br><br>**JERRY DON HODGES, an individual,**<br><br>Defendant. | **Case No. 6:22-cv-1668-AA**<br><br>**JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT AND TO DISMISS WITH PREJUDICE** |

COME NOW Named Plaintiff Seth Terry, individually and on behalf of the Settlement Collective, and Defendant Jerry Don Hodges, by and through their respective undersigned counsel, and for their Joint Motion for Approval of Collective Action Settlement and to Dismiss with Prejudice, the Parties state:

Page 1 of 5
Seth Terry, et al. v. Jerry Don Hodges
U.S.D.C. (Dist. Or.) Case No. 6:22-cv-1668-AA
Joint Motion for Approval of Collective Action Settlement
and to Dismiss with Prejudice

1.      Named Plaintiff filed suit against Defendant asserting individual and collective action claims for violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Oregon Wage and Hour Laws (ORS Chapter 652). The Parties have reached an agreement to settle all claims arising out of the alleged failure to pay proper minimum wages to Settlement Collective Members for hours worked while employed by Defendant as hourly-paid Delivery Drivers during the time period of October 31, 2019 to present, subject to this Court's approval of the Collective Action Settlement Agreement and Release ("Agreement") attached as Exhibit 1 to this Joint Motion.

2.      The Settlement Collective consists of Named Plaintiff Seth Terry and 27 Opt-In Plaintiffs who filed timely consent to join forms and have claims for alleged estimated wages due for Delivery Driver hours worked within the applicable statute of limitations period. The settlement, if approved, will result in Defendant paying to the Settlement Collective Members their individual settlement amounts as reflected in Appendix A to the Agreement. The Parties believe the Agreement is fair, reasonable, and adequate.

3.      The FLSA establishes federal minimum-wage, maximum-hour, and overtime guarantees that cannot be modified by contract. *Genesis Healthcare Corp. v. Symczyk*, 569 U.S. 66, 69 (2013). Because an employee cannot waive claims under the FLSA without supervision of either the Secretary of Labor or a district court, judicial approval of this settlement is required. *See Barrentine v. Ark.-Best Freight Sys., Inc.*, 450 U.S. 728, 740 (1981); *Beidleman v. City of Modesto*, No. 1:16-cv-01100-DAD-SKO, 2018 WL 1305713, at *1 (E.D. Cal. Mar. 13, 2018); *Yue Zhou v. Wang's Rest.*, No. 05-cv-0279 PVT, 2007 WL 2298046, at *1 n.1 (N.D. Cal. Aug. 8, 2007). The Parties jointly present their executed Agreement to the Court for approval.

Page 2 of 5
Seth Terry, et al. v. Jerry Don Hodges
U.S.D.C. (Dist. Or.) Case No. 6:22-cv-1668-AA
Joint Motion for Approval of Collective Action Settlement
and to Dismiss with Prejudice

4.      The settlement represents a fair and reasonable compromise of a bona fide dispute. Named Plaintiff alleged that Defendant violated the FLSA and Oregon law by reimbursing Delivery Drivers at a flat per-delivery rate that fell below the costs of operating their personal vehicles, causing their effective hourly wages to drop below the applicable minimum wage. Defendant denied liability and raised substantial legal and factual defenses, including challenges to the damages methodology, the composition of the collective, and the continued viability of collective action treatment. The Parties engaged in arm's-length settlement negotiations following an exchange of payroll records and written discovery, and concluded that resolution on the terms set forth in the Agreement is in their mutual interest.

5.      Under the terms of the Agreement, the total settlement amount is $75,000.00. Named Plaintiff Seth Terry will receive a service award of $1,000.00. Class Counsel will receive $32,015.53 in attorneys' fees and costs. The remaining $41,984.47 will be distributed among the 28 Settlement Collective Members as individual settlement payments, representing approximately 88% of the maximum potential recovery under Plaintiffs' damages model, including liquidated damages, even after attorneys' fees and costs.

6.      This Joint Motion is supported by a contemporaneously filed Memorandum in Support.

WHEREFORE, Named Plaintiff Seth Terry and Defendant Jerry Don Hodges respectfully request that the Court approve their executed Collective Action Settlement Agreement and Release, dismiss this lawsuit with prejudice, and retain jurisdiction in this matter through the settlement administration period.

**Page 3 of 5**
**Seth Terry, et al. v. Jerry Don Hodges**
**U.S.D.C. (Dist. Or.) Case No. 6:22-cv-1668-AA**
**Joint Motion for Approval of Collective Action Settlement**
**and to Dismiss with Prejudice**

Respectfully submitted,

**SETH TERRY, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*LEAD COUNSEL FOR PLAINTIFF*

CRISPIN MARTON CAMBRELENG
1834 Southwest 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone: (503) 293-5770
Facsimile: (503) 293-5766

Rebecca Cambreleng
OSB No. 133209
rebecca@workplacelawpdx.com

*LOCAL COUNSEL FOR PLAINTIFFS*

and   **DEFENDANT JERRY DON HODGES, an
individual**

BARRAN LIEBMAN LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204
Telephone: (503) 228-0500
Facsimile: (503) 274-1212

*/s/ Sean P. Ray (w/permission)*
Sean P. Ray
OSB No. 075040
sray@barran.com

**Page 4 of 5**
**Seth Terry, et al. v. Jerry Don Hodges**
**U.S.D.C. (Dist. Or.) Case No. 6:22-cv-1668-AA**
**Joint Motion for Approval of Collective Action Settlement**
**and to Dismiss with Prejudice**

Ashley T. Korkeakoski-Sears
OSB No. 224354
asears@barran.com

**Page 5 of 5**
**Seth Terry, et al. v. Jerry Don Hodges**
**U.S.D.C. (Dist. Or.) Case No. 6:22-cv-1668-AA**
**Joint Motion for Approval of Collective Action Settlement**
**and to Dismiss with Prejudice**