IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

SETH TERRY, individually
and on behalf of similarly
situated persons,

              Plaintiff,

     v.

JERRY DON HODGES,

              Defendant.

Civ. No. 6:22-cv-01668-AA

**JUDGMENT**

AIKEN, District Judge.

     For the reasons set forth in the accompanying Opinion & Order and consistent with the settlement agreement between the parties, this case is DISMISSED with prejudice. The Court shall retain jurisdiction in this matter throughout the settlement administration period.

     It is so ORDERED and DATED this _____14th_____ day of July 2026.

              /s/Ann Aiken
              ANN AIKEN
              United States District Judge